IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WALLACE LEROY GAARSLAND,                                    CV. 05-6389-MA

        Petitioner,                                                    ORDER

  v.

STAN CZERNIAK,

        Respondent.

MARSH, Judge

    Petitioner's motion for voluntary dismissal (#17) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this _7__ day of August, 2006.

                                        _/s/  Malcolm F. Marsh_____
                                        Malcolm F. Marsh
                                        United States District Judge

1 -- ORDER